**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorenzo Leon Brown,<br><br>    Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendants. | No. CV-17-00377-TUC-DCB<br><br>**ORDER** |

The Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Motion to Exceed the Page Limit for a Response to the Defendants' Motion for Summary Judgment (Doc. 102) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk shall file the lodged Response (Doc. 103) into the record.

Dated this 16th day of December, 2019.

_____
Honorable David C. Bury
United States District Judge